unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,150.60; in which event the judgment appealed from is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THEODORE I. SCHWARTZMAN, Appellant, v. HENRY SALZMAN and Others, Defendants, Impleaded with HERMAN I. GOLDMAN, Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a second amended complaint, setting forth by appropriate allegations elements of damage in an action at law, within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of HARRY MONROE BURR, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NELVAN CONSTRUCTION CORPORATION v. SANKA REALTY CORPORATION and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING TRUST COMPANY, as Corporate Trustee, and CHARLES C. MOORE, as Individual Trustee, under Trust Mortgage Made by LIBBY'S HOTEL CORPORATION, Dated November 1, 1924, v. LIBBY'S HOTEL CORPORATION and Others, Impleaded, etc.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING TRUST COMPANY, as Corporate Trustee, and CHARLES C. MOORE, as Individual Trustee, under Trust Mortgage Made by LIBBY'S HOTEL CORPORATION, Dated November 1, 1924, v. LIBBY'S HOTEL CORPORATION and Others, Defendants, Impleaded with LIBBY'S OPERATING Co., INC., and Others, Appellants.— Motions withdrawn. Notices of appeal withdrawn. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDNA WEINSTEIN v. KEN-WEL SPORTING GOODS Co., INC.— Motion granted, order of May 17, 1929, vacated, and appeal dismissed, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so that the appeal can be argued on or before June 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Investigation of the STATE BANKING DEPARTMENT. (In the Matter of CITY TRUST COMPANY.) GEORGE ZINITI, Appellant.— Order affirmed. Appellant must appear and be sworn. No ex parte order to be entered to punish for contempt, if appellant shall comply with this direction. Submit order for settlement. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Investigation of the STATE BANK DEPARTMENT. (In the Matter of CITY TRUST COMPANY.) LOUIS TAVORMINA, Appellant.— Order affirmed. Appellant must appear and be sworn. No ex parte order to be entered to punish for contempt, if appellant shall comply with this direction. Submit order for settlement. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of JOSEPH P. COLLINS and Others against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others.—